52,071-11

Tr. Ct. No. CR2847-13-F (1)

WR-52,671-11

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 23 2015

Abel Acosta, Clerk

Dear Clerk,

This is my current address

Terrell Unit
1300 FM 655
Rosharon, TX
77583

Thank you in advance!

Marlon Terry # 1965291
12/16/2014